1  Brandon R. McKelvey (SBN 217002)
   Email: brandon@medinamckelvey.com
2  Timothy B. Nelson (SBN 235279)
   Email: tim@medinamckelvey.com
3  MEDINA MCKELVEY LLP
   983 Reserve Drive
4  Roseville, California 95678
   Telephone:  (916) 960-2211
5  Facsimile: (916) 742-5151

6  Attorneys for Defendants C.H. ROBINSON
   WORLDWIDE, INC. and C.H. ROBINSON
7  COMPANY, INC.

8  Andrew J. Davis (SBN 203345)
   Email: ddavis@folgerlevin.com
9  FOLGER LEVIN LLP
   199 Fremont Street, 20th Floor
10 San Francisco, California 94105
   Telephone: (415) 625-1050
11 Facsimile: (415) 625-1091

12 Attorneys for Plaintiff PATRICK COLIN

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA—SACRAMENTO

| | |
|---|---|
| PATRICK COLIN,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>C.H. ROBINSON WORLDWIDE, INC., a Corporation; C.H. ROBINSON COMPANY, INC., a Corporation; TIMCO WORLDWIDE, INC., a Corporation; and DOES 1-50, inclusive,<br><br>　　　　Defendants. | **CASE NO.:  2:14-cv-01819-JAM-CKD**<br><br>**STIPULATION TO CONTINUE DATES FOR DEFENDANTS' MOTION TO DISMISS AND OTHER DATES; ORDER**<br><br>ACTION FILED:    June 30, 2014 |

IT IS HEREBY STIPULATED, by and between Defendants C.H. ROBINSON WORLDWIDE, INC. and C.H. ROBINSON COMPANY, INC. (collectively, "C.H. Robinson" or "Defendants"), and Plaintiff PATRICK COLIN ("Plaintiff"), by and through their attorneys, as follows:

WHEREAS, Plaintiff filed this action in Yolo County Superior Court on June 30, 2014. Plaintiff asserted causes of action against Defendants for declaratory relief and unfair competition, relating to several employment agreements that Plaintiff signed while employed by Defendants;

WHEREAS, Defendants removed this action to this Court on August 1, 2014;

WHEREAS, Defendants filed an action against Plaintiff and Patrick Colin, Jr. in Hennepin County District Court in Minnesota. Defendants asserted causes of action against Plaintiff for violation of Minnesota's Trade Secrets Act, breach of contract, breach of the duty of loyalty, and injunctive relief (the "Minnesota Action"), arising out of Plaintiff's former employment with Defendants;

WHEREAS, Defendants filed a motion to dismiss this action for *forum non conveniens*, or in the alternative, to transfer venue, on August 8, 2014, which motion is scheduled to be heard on September 17, 2014;

WHEREAS, the Minnesota Action was removed to the United States District Court, District of Minnesota on August 12, 2014;

WHEREAS, the parties in this action and the parties in the Minnesota Action have been discussing scheduling mediation in an effort to resolve the claims filed in the Minnesota Action and also in this action;

WHEREAS, all of the parties in this action and in the Minnesota action have entered into an agreement whereby litigation in both actions will be stayed while the parties attend mediation prior to September 12, 2014;

WHEREAS, mediation has been scheduled on September 4, 2014.

///

1  WHEREAS, the parties wish to continue several of the dates in this action to avoid the
cost and expense of litigation as the parties pursue mediation of the claims in this action and in
the Minnesota Action.

IT IS HEREBY STIPULATED AND AGREED by and between Plaintiff and Defendants, through their respective undersigned counsel, that:

1) the date of the hearing on Defendants' Motion to Dismiss for *Forum Non Conveniens*, or in the alternative, to Transfer Venue ("Motion to Dismiss"), should be continued from September 17, 2014 to October 15, 2014;

2) Plaintiff's opposition to Defendants' Motion to Dismiss, if any, will be filed and served on September 26, 2014;

3) Defendants' reply brief in support of the Motion to Dismiss will be filed and served on October 3, 2014;

4) the Order Requiring Joint Status Report should be modified to state the following: "No later than October 21, 2014, the parties shall confer as required by Fed. R. Civ. P. 26(f) and shall prepare and submit to the Court a joint status report that includes the Rule 26(f) discovery plan."

IT IS SO STIPULATED.

DATED: September 2, 2014                MEDINA MCKELVEY LLP


By: /s/ Brandon R. McKelvey
    Brandon R. McKelvey
    Timothy B. Nelson
Attorneys for Defendants
C.H. ROBINSON WORLDWIDE, INC. and
C.H. ROBINSON COMPANY, INC.

DATED: September 2, 2014                FOLGER LEVIN LLP


By: /s/ Andrew J. Davis
    Andrew J. Davis
Attorneys for Plaintiff PATRICK COLIN



STIPULATION TO CONTINUE DATES FOR DEFENDANTS' MOTION TO DISMISS AND OTHER DATES; [PROPOSED] ORDER

3

## ORDER

Based on Plaintiff PATRICK COLIN's and Defendants C.H. ROBINSON WORLDWIDE, INC. and C.H. ROBINSON COMPANY, INC.'s Stipulation to Continue Dates for Defendants' Motion to Dismiss and Other Dates, the Court orders the following:

1) The date of the hearing on Defendants' Motion to Dismiss for *Forum Non Conveniens*, or in the alternative, to Transfer Venue ("Motion to Dismiss"), should be continued from September 17, 2014 to October 15, 2014;

2) Plaintiff's opposition to Defendants' Motion to Dismiss, if any, will be filed and served on September 26, 2014;

3) Defendants' reply brief in support of the Motion to Dismiss will be filed and served on October 3, 2014;

4) The Order Requiring Joint Status Report is hereby modified as follows: "No later than October 21, 2014, the parties shall confer as required by Fed. R. Civ. P. 26(f) and shall prepare and submit to the Court a joint status report that includes the Rule 26(f) discovery plan."

IT IS SO ORDERED.

Dated: September 2, 2014        /s/ John A. Mendez
                                The Honorable John A. Mendez
                                Judge, United States District Court

